

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR - 3 2003

LORETTA G. WHYTE
CLERK

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

STEVEN LOUIS GAILLE
(Enter above the full name of the
plaintiff in this action.)

CIVIL ACTION

NO. **03-0836**

SECTION SECT. T MAG. 5

versus

J.P.C.C. MEDICAL DEPARTMENT

(Enter above the full name of the
defendant or defendants in this
action.)

### COMPLAINT

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

___ Fee _Pauper_
___ Process ___
X_ Dktd ___
___ CtRmDep ___
___ Doc. No. 1

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to the previous lawsuit

Plaintiffs   _NONE_____

_____

Defendants   _'' ''_____

_____

2.   Court (If federal court, name of the district court; if state court, name the parish.)
     _'' ''_____

3.   Docket Number _'' ''_____

4.   Name of judge to whom case was assigned _" ''_____

_____

5.   Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
     _'' ''_____
     _____

6.   Approximate date of filing lawsuit _'' ' '_____

7.   Approximate date of disposition _'' ''_____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.   Place of Present Confinement: _JEFFERSON PARISH CORRECTIONAL CENTER_

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure?  Yes (✓) No ( )

C.    If your answer is YES,

1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. __03-13-03__

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?  __YES. I EXHAUSTED i COMPLETED ALL STEPS AnD PROCEDURES.__

D.    If your answer is NO, explain why you have not done so: __—__

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank.  Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff __STEVEN L. GAILLE__
      __J.P.C.C.__
      Address __P.O. Box 388 AD-08 GRETNA, La. 70095__

      Date of Birth __08-22-69__

      Prisoner Number __#70236__

      Date of Arrest __FEB. 19, 2003__

      Date of Conviction __No CONVICTION__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item C for the names, positions, and places of employment of any additional defendants.)

B.    Defendant __THE MEDICAL DEPARTMENT__ is employed as __JEFFERSON PARISH MEDICAL ADMINISTRATION__ at __JEFFERSON PARISH CORRECTIONAL CENTER__

C.    Additional Defendants __—__

3

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates; and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

MY NAME IS STEVEN GAILLE. I HAVE FIVE DISEASES TWO OF THEM ARE LIFE THREATENING. WHEN I WAS ARRESSTED I ASKED FOR EMERGENCY MEDICAL ATTENTION AND WAS DENIED. FEB.19, I HAD TOLD SEVERAL DEPUTIES IN INTAKE THAT I WAS SICK & NEEDED MEDICAL ATTENTION 2003 ALONG WITH THE NURSE ON DUTY AT THE TIME AND MY REQUEST WAS IGNORED. AFTER THREE DAYS OF SUFFERING PHYSICALLY & MENTALLY THEY SENT ME UPSTAIRS. I THEN MADE A REQUEST TO SEE DOCTORS TO RECEIVE THE PROPER MEDICATIONS INEED IN ORDER FOR ME TO FUNCTION PROPERLY AND STILL NO RESPONSE. AT THIS POINT FIVE DAYS HAD GONE BY. NOW SUFFERING AND FEELING LIKE I WAS DYING I HAD TO CALL MY MOTHER. SHE CONTACTED THE WARDEN, S.I.U., & INTERNAL AFFAIRS. THE WARDEN VISITED ME ON THREE DIFFERENT---?

CONTINUED ON ADD ON PAPER.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WANT THE COURT TO COMPENSATE ME FOR MY PAIN & SUFFERING. PUNITIVE & DAMAGES & PHYSICAL DAMAGES (PERMANTLY)! BECAUSE I DID NOT RECIEVE MY MEDICATIONS FOR MY LIFE THREATINING DISEASES FOR UP TO TWENTY DAYS, NOT KNOWING IF I WOULD WAKE UP THE NEXT DAY & SUFFERING PAINFULLY PHYSICALLY I BELIEVE I AM ENTITELED TO ONE MILLION DOLLARS!

Steven K. Doull
03-13-03
BAND # 70236

① THE CONTINUATION OF THE "STATEMENT OF CLAIM".    LOCATION-AD-08

OCCASIONS AND STILL NO MEDICATIONS AT ALL. WELL AFTER SUFFERING AND FEELING LIKE I WAS ABOUT TO DIE IT HAD BEEN SEVENTEEN DAYS TO TWENTY DAYS WHEN I FINALLY RECIEVED MY SYNTHROID. I HAD TOLD THE DOCTOR HOW MANY MACRO GRAMS I TOOK BEFORE I BECAME INCAUSERATED AND THEY GAVE ME THAT. BUT LIKE ANYONE IN THE MEDICAL PROFFESSION KNOWS WHEN YOU HAVE HASHIMOTO'S DISEASE/HYPOTHYROIDITIS AND YOU MISSED TWENTY DAY'S OF YOUR MEDICATION THAT YOUR THYROID STIMULATING HORMONE (TSH.LEVEL) CAN GO VERY HIGH OR LOW AND CAUSE YOU TO DIE, YOU SHOLU SHOULD TAKE BLOOD TO SEE WHERE A PERSONS TSH.LEVEL IS TO GIVE THEM THE PROPER AMOUNT OF SYNTHROID TO THEM. I STILL AM WAITING ON THEM TO DRAW MY BLOOD AFTER A MONTH OF BEING INCAUSERATED HERE AT THE JEFFERSON PARISH CORRECTIONAL CENTER. THE PHYCHIATRIST HAD SEEN ME ALSO AFTER TWO WEEKS OF BEING HERE AND I TOLD HIM THE MEDICATIONS I WAS TAKING AND HOW LONG I HAD BEEN AWAKE SUFFERING MISREABLY HE SAID HE WASN'T GOING TO PRESCRIBE THEM TO ME AND IT WAS IMMPOSSIBLE FOR SOMEONE TO BE HE AWAKE 16 DAYS STRAIGHT. I CONTINUE AFTER A MONTH TO HAVE SLEEPLESS NIGHTS AND AM STILL SUFFERING FROM PANIC ATTACKS & NERVOUSS DISORDER KICKING AND SHAKING IN MY SLEEP PERFUSIBILY. AND ALL HE HAS TO DO IS PUT ME ON MY MEDICATION I HAVE ALREADY BEEN PRESCRIBED BY MY DOCTOR AT HOME. THIS MEDICAL NEGLIGENCE IS INHUMAINE AND HAS TO STOP NOT JUST FOR MY GOOD BUT FOR THE NEXT PERSON. ON MARCH 13, 2003 THE DEPUTY CHAPMAN HAD BROUGHT ME TO MEDICAL AFTER I WROTE A GRIEVANCE.

A NURSE SHE ASKED ME, WHAT IS THE PROBLEM? I TOLD HER A DOCTOR DANNY PRESCIBED ME LOPRESSER A HEART MEDICATION & WAS SUPPOSE TO SEND ME TO CHARITY HOSPITAL TO SEE AN ENDO-CRONOLIGIST & A NEUROLIGIST AND STILL HAD NOT DONE SO IT IS NOW BEEN TWO & ONE HALF WEEKS. SHE & DR. DANNY THAN SAID BECAUSE IT IS JAIL THEY OPERATE SLOW. SO IF SOMEONE IS DYING BECAUSE IT IS JAIL THEY MOVE SLOW AND THIS IS O.K. I AM NOT THE ONLY ONE SUFFERING. PLEASE HEAR MY PAINFUL CRY AND CORRECT THIS HORRIBLE SITUATION. →

②

BY THIS NEGLIGENCE ON THE MEDICAL STAFF THEY HAVE VIOLATED MY CONSTITUTIONAL RIGHTS. #8 & #14. #8 STATES THAT BY THE JEFFERSON PARISH CORRECTIONAL CENTERS MEDICAL STAFF BEING UNCOMPASSIONATE & NEGLIGENT TO GETTING ME MY MEDICATIONS THEY HAVE INFLICTED UPON ME CRUEL AND UNUSUAL PUNISHMENT. AND #14 ALTHOUGH I AM INCAUCERATED I AM STILL ENTITELED TO THE EQUAL PROTECTION OF THE LAW.

THANK YOU,
STEVEN L. GAILLE  ⌐LOCATION AD-08
BANO# 70236  Steven P. Gaille
03-13-03

## VI. Plaintiff's Declaration

1)    I declare under penalty c - perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___13,___ day of __MARCH_____, 20 03 .

_Steven L. Baille_
(Signature of Plaintiff)

9/97

5

AO240 (1 94)

# United States District Court

EASTERN ———————————— DISTRICT OF ———— LOUISIANA

STEVEN L. GAILLE
Plaintiff

V.

J.P.C.G MEDICAL ADMINISTRATION
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

03-0836
SECT. T MAG. 5

CASE NUMBER:

I, __STEVEN L. GAILLE__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. YES. I AM UNABLE TO PAY THE COSTS OF THE PROCEEDINGS THAT I AM ENTITLED TO.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     ☑ Yes     ☐ No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __JEFFERSON PARISH CORRECTIONAL CENTER__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   DATE- NOVEMBER 26, 2001

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources → UNEMPLOYMENT | ☑ Yes | ☐ No |

AO 240 (1 341

4  Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

If "Yes" state the total amount. **$9.80**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support; state your relationship to each person and indicate how much you contribute to their support. MIA.M. GAILLE (DAUGHTER) NOTHING. BECAUSE I AM INCAVCERATED. ASHTEN.J.F.GAILLE (SON) NOTHING. BECAUSE I AM INCANCERATED.

I declare under penalty of perjury that the above information is true and correct.

03-13-03
DATE

Steven R. Gaille    # 70236
SIGNATURE OF APPLICANT

- - - - - - - - - - - -

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that this inmate, STEVEN L. Gaille #70236, has a present

(print name)

inmate account balance of $ 9.53 at the JPCC institution. I further certify that

ONE

the average monthly deposits for the preceding six months is $ 0 .

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).

ONE

I further certify that the average monthly balance for the prior six months is $ 0 .

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

3/14/03
Date Certified

Martha Melancon
Authorized Officer of Institution